FILED
04/14/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF __INDIANA__
__TERRE HAUTE DIVISION__

(Full name of plaintiff(s))

__HANEEF SHAKEEL JACKSONBEY__

v.

(Full name of defendant(s))

__UNITED STATES GOVERNMENT__

Case Number:

2:23-cv-00190-MPB-MKK

(to be supplied by clerk of court)

RE: FEDERAL TORT CLAIM ACT

A. PARTIES

1. Plaintiff is a citizen of __ILLINOIS__, and is located at
   (State)

   __4700 BUREAU ROAD SOUTH, TERRE HAUTE, IN. 47802__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __UNITED STATES GOVERNMENT__
   (Name)

is (if a person or private corporation) a citizen of THE UNITED STATES
(State, if known)

and (if a person) resides at (WASHINGTON, D.C.)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for FEDERAL GOVERNMENT
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

• Count 1. IN MARCH OF 2022, WHILE DETAINED AS A FEDERAL PRISONER IN THE UNITED STATES PENITENTIARY - TERRE HAUTE, DURING AN ESCORT TO THE SHU BY TWO SENIOR FEDERAL EMPLOYEES OF SAID INSTITUTION, THE PLAINTIFF WAS MALICIOUSLY CHOKED MULTIPLE TIMES BY ONE OF THE SENIOR EMPLOYEES, AS THE OTHER EMPLOYEE HELD HIM UP WHILE THE PLAINTIFF WAS HARD CUFF WRIST RESTRAINED WITH HIS HANDS BEHIND HIS BACK. SAID EMPLOYEE ROUTINELY SAID THAT HE WAS CHOKING THE PLAINTIFF AND "SHOULD KILL YOUR FAGGOT ASS FOR BEING A BABY SELLER." IN VIOLATION OF THE UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISON'S STANDARD OF EMPLOYEE CONDUCT AND USE OF FORCE POLICY DIRECTIVES, AND THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION. ← SEE: ADMINISTRATIVE REMEDY COMPLAINTS AND FEDERAL TORT CLAIM FILED WITH THE INSTITUTION AND FBOP'S NORTH CENTRAL REGION (NCR), BY THE PLAINTIFF.

• Count 2. IN MARCH OF 2022, WHILE DETAINED AS A FEDERAL PRISONER IN THE UNITED STATES PENITENTIARY; TERRE HAUTE. (1618) WHILE DETAINED IN THE SHU, THE PLAINTIFF WAS MALICIOUSLY 'FOUR-POINT RESTRAINED' INAPPROPRIATELY WITH EXTREME TIGHTNESS AND DISCOMFORT FOR TEN CONCURRENT HOURS WITHOUT ANY BREAK, CAUSING HIM TO URINATE ON HIMSELF TWICE, BY ORDER OF A SUPERVISING FEDERAL EMPLOYEE WHO ADMITTED TO COMMITTING THIS ACT UPON (9148) THE PLAINTIFF BECAUSE HE ASSISTED A TRANSGENDER FEMALE INMATE FILE SUBSTANTIATED COMPLAINTS AGAINST SAID SUPERVISOR EMPLOYEE FOR SEXUAL HARASSMENT, ET CETERA. IN VIOLATION OF THE

Complaint - 2

UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISON'S STANDARD OF EMPLOYEE CONDUCT AND USE OF FORCE AND RESTRAINT POLICY DIRECTIVES, AND THE FIRST AND EIGHTH AMENDMENTS OF THE UNITED STATES CONSTITUTION. — SEE: ADMINISTRATIVE REMEDY COMPLAINTS AND FEDERAL TORT CLAIMS FILED WITH THE INSTITUTION AND N.C.R. BY THE PLAINTIFF.

- Count 3. IN MARCH OF 2022, WHILE DETAINED AS A FEDERAL PRISONER IN THE SHU OF THE UNITED STATES PENITENTIARY; TERRE HAUTE, THE PLAINTIFF WAS MALICIOUSLY SHOT MULTIPLE TIMES WITH A LARGE CALIBER PLASTIC PEPPER BALL GUN BY A SUPERVISING FEDERAL EMPLOYEE WITHOUT ANY REASONABLE PROVOCATION FOR THE USE OF FORCE NOR ANY REQUIRED DEESCALATION. SAID SUPERVISOR THEN INTURN INTENTIONALLY FALSIFIED AN INCIDENT REPORT AGAINST THE PLAINTIFF TO ATTEMPT TO JUSTIFY HIS INAPPROPRIATE USE OF FORCE AND FAILED TO OBTAIN FOR HIM ADEQUATE MEDICAL ATTENTION FOR HIS INJURIES, IN VIOLATION OF THE UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISON'S STANDARD OF EMPLOYEE CONDUCT AND USE OF FORCE POLICY DIRECTIVES, AND THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION. — SEE: ADMINISTRATIVE REMEDY COMPLAINTS AND FEDERAL TORT CLAIMS FILED WITH THE INSTITUTION AND N.C.R. BY THE PLAINTIFF.

C.  JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331. FEDERAL TORT CLAIM ACT

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

THE PLAINTIFF HEREBY REQUEST THE FOLLOWING FOR RELIEF: ALL FEDERAL EMPLOYEES FOUND CULPABLE OF SAID ACTS DETAILED IN COUNTS 1 THROUGH 3; INCLUDING ANY OTHER NEGLIGENT EMPLOYEES FOUND RESPONSIBLE FOR INVOLVEMENT OR FOR FAILURE IN THE EXECUTION OF full ACCOUNTABILITY, TO BE TERMINATED FROM FBOP EMPLOYMENT, AND A NINE MILLION DOLLAR COMPENSATION AWARD — THREE MILLION PER COUNT, OR WHATEVER MAXIMUM MONETARY AMOUNT (PER COUNT) IF SAID Re AMOUNT CANNOT (EXCEED OR) EXTEND TO THE AMOUNT INITIALLY REQUESTED.

E.   JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this __04__ day of __April__ 20__23__.

Respectfully Submitted,

_Haneef S. Jackson Bey_
Signature of Plaintiff

_10820 027_
Plaintiff's Prisoner ID Number

_Post Office Box 33 U.S. Penitentiary_

_Terre Haute, IN. 47808_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Haneef S. Jackson Bey_
Signature of Plaintiff

2 REDACTIONS MADE IN THIS DOCUMENT BY PLAINTIFF INITIALED
_HJB_

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

Complaint - 5

**FILING FEE**

[✓]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.